**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000024
21-MAY-2020
09:17 AM**

NO. CAAP-20-0000024


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON TRUST, NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS SUCCESSOR
TRUSTEE TO CITIBANK, N.A. AS TRUSTEE TO LEHMAN XS TRUST
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,
Plaintiff-Appellee, v. ASSOCIATION OF APARTMENT OWNERS OF
WAIKOLOA HILLS CONDOMINIUM, Defendant-Appellant, and
MARSHALL D. CHINEN, ESQ., AS THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF ARCHIE K. GRANT AKA ARCHIE GRANT, JR., DECEASED;
MICHIKO GRANT, Defendants-Appellees, and JOHN DOES 1-20; JANE
DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-106K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Chan and Wadsworth, JJ.)

Upon consideration of Defendant-Appellant Association
of Apartment Owners of Waikoloa Hills Condominium's May 14, 2020
Motion to Dismiss Appeal CAAP-20-0000024, the papers in support,
and the record,

IT IS HEREBY ORDERED that the motion is granted and the
appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure
Rule 42(b).

DATED: Honolulu, Hawaiʻi, May 21, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge